FILED
2023 Jun-08  PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

2023 JUN -8  A 10: 45

| | | |
|---|---|---|
| ROBERT JACKSON,<br>Plaintiff, | ) ) ) ) ) | 2:23cv741-JHE<br>**CIVIL ACTION NO:** |
| v.<br>**LAWSON STATE<br>COMMUNITY COLLEGE,**<br>Defendants. | ) ) ) ) ) | |

## COMPLAINT

### STATEMENT OF THIS CASE:

1. This is a lawsuit brought by the Plaintiff, Robert Jackson, who was terminated from his employment at Lawson State Community College. Mr. Jackson alleges violation of Title VII of the Civil Rights Act of 1964 as amended, or the Age Discrimination in Employment Act of 1967.

### PARTIES:

2. Plaintiff, Robert Jackson is a resident of Bessemer, Jefferson County Alabama. At all times material herein, Plaintiff was employed by Lawson State Community College as the EMT Program Director/Instructor.

3. Defendant, Lawson State Community College is a two-year community college within the Alabama Community College System.

### STATEMENT OF BACKGROUND FACTS:

4. The Plaintiff was hired as a part-time Emergency Medical Technicians (EMT) program Instructor in 2016 and became a full-time Instructor in August 2019.

5. During the entirety of his employment, the Plaintiff had acceptable performance evaluations and no formal reprimands.

6. In October 2021, Dr. Sherika Derico, Dean of Health Professions convened a meeting. The attendees were Dr. Derico, Chris Hutto, Program Services Coordinator with the Office of EMS/Alabama Department of Health, Dr. Sherri Davis, Dean of Academics.

7. Citing low pass ratings for the students in the EMT National Registry Exam, a "Plan of Action" was implemented.

8. In order to bolster pass rates, Mr. Jackson was given additional work requirements, including 1) Adding EMT Test Prep to the course curriculum, 2) updating the current syllabi and 3) updating the course materials.

9. In the upcoming spring semester of 2022, the updated course curriculum along with the new test preparation were to become permanent changes. Higher test scores would be required to advance.

10. Mr. Jackson was not provided with any progress reports or given any feedback regarding the newly implemented plan.

11. The "Plan of Action" did not contain any benchmarks or interim goals to determine progress.

12. On March 22, 2022, Mr. Jackson was issued a notice of termination, effective May 13, 2022, signed by Lawson State Community College President, Dr. Cynthia Anthony.

13. Mr. Jackson had not received any feedback indicating his performance was lacking.

14. Some time in early 2022, Mr. Jackson was involved in an unrelated incident with Dr. Katrina Swain, Chair of the LPN Department.

15. Mr. Jackson's daughter, a student at Lawson State Community College, contacted Dr. Swain regarding a grad change.

16. Dr. Swain was angered that Mr. Jackson would direct his daughter to her, as she was not her instructor.

17. Dr. Swain was further angered by the fact that Mr. Jackson shared her personal cell phone number with his daughter.

18. Mr. Jackson received his termination letter shortly thereafter.

19. A subsequent performance evaluation was given to Mr. Jackson on May 4, 2022.

20. That performance evaluation was rated lowly.

21. Mr. Jackson was given unrealistic goals to achieve with the "Plan of Action".

22. Mr. Jackson was terminated in retaliation for the incident with Dr. Swain.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands the following relief:

a. Back pay;

b. Full reinstatement of employment as EMT Director/Instructor at Lawson State Community College

c. Attorneys' fees;

d. Costs;

e. Such other legal or equitable relief as may be appropriate to effectuate the purposes of the Title VII Civil Rights Act of 1964.

Respectfully Submitted,

/s/ Rommie G. Wheeler, Jr.
Rommie G. Wheeler, Jr., Esq.
Bar Number: 5184-I19A
*Attorney for Plaintiff*
THE WHEELER LAW FIRM, LLC.
2107 5th Avenue North, Suite 401-F
Birmingham, Alabama 35203
Phone: (205) 881-1641
Fax: (205) 463-3100
Email: rommie@wheelerlaw.biz